```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0144--CV (JKS)
                    "SHARON MILLER V USA ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/13/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand: 15000
        Filing fee: Paid $150.00 on 07/13/04 receipt # 00123566
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MILLER, SHARON | James A. Wendt<br>425 G Street, Suite 610<br>Anchorage, AK 99501<br>907-258-9100 |
| DEF 1.1 | UNITED STATES OF AMERICA | Gary M. Guarino<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX    -    - |
| DEF 2.1 | SMITH, MARJORIE J. MD | Paul D. Stockler<br>Law Offices of Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, AK 99501<br>907-277-8564<br>FAX 907-272-4877 |
| DEF 3.1 | [T] SNYDER, JEAN M. MD | No counsel found for this party! |
| DEF 4.1 | [T] MAURER, ERIK MD | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0144--CV (JKS)
                   "SHARON MILLER V USA ET AL"

                       For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/13/04
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice

          Origin: (1) Original Proceeding
          Demand: 15000
      Filing fee: Paid $150.00 on 07/13/04 receipt # 00123566
        Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/13/04 | Complaint filed; Summons issued. |
| 2 - 1 | 10/05/04 | DEF 4 Attorney Appearance of M. Peterson. |
| 3 - 1 | 10/05/04 | DEF 4 Jury Demand. |
| 4 - 1 | 10/12/04 | DEF 2 Attorney Appearance of P. Stockler. |
| 5 - 1 | 10/12/04 | DEF 2 Jury Demand. |
| 6 - 1 | 10/12/04 | DEF 2 Answer to Complaint. |
| 7 - 1 | 10/12/04 | DEF 4 Answer to Complaint. |
| 8 - 1 | 10/13/04 | JKS Minute Order pltf to file proofs of service re DEF 1,3. cc: cnsl |
| 9 - 1 | 10/21/04 | DEF 3 Attorney Appearance of Michael L. Lessmeier. |
| 10 - 1 | 10/21/04 | DEF 3 Jury Demand. |
| 11 - 1 | 10/21/04 | DEF 3 Answer to Complaint. |
| 12 - 1 | 11/10/04 | JKS Minute Order (warning) re pltf to file proof of svc or apply for dflt re D1 due 120 days from flg of cmplt or def will be dsmssd. cc: cnsl |
| 13 - 1 | 11/17/04 | PLF 1 Return of Service Executed re: DEF 1,4 & USA on 9/22/04; DEF 3 on 9/23/04 & Atty Gen on 9/28/04. |
| 14 - 1 | 11/23/04 | PLF 1; DEF 1 Stipulation for ext of time to 12/2 for def USA to file answer to complaint. |
| 14 - 2 | 11/30/04 | JKS Order approving stip for ext of time to 12/2/04 for def USA to file ans to cmplt (14-1). cc: cnsl |
| 15 - 1 | 12/02/04 | DEF 1 Answer to Complaint. |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0144--CV (JKS)
                                "SHARON MILLER V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 12/06/04 | JKS Minute Order re any notice from parties declining to participate in an ENE due 12/21/04. cc: cnsl, Judge von der Heydt |
| 17 - 1 | 12/17/04 | DEF 1 Notice re early neutral evalutaiton. |
| 18 - 1 | 12/20/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 19 - 1 | 12/22/04 | DEF 3 Notice of declining early neutral evaluation. |
| 20 - 1 | 01/20/05 | PLF 1; DEF 1-4 Scheduling & Planning Conference Report. |
| 21 - 1 | 01/21/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/13/06; Dispositive motions deadline 02/13/06; Estimate of trial 12 days. cc: cnsl |
| 22 - 1 | 02/24/05 | DEF 3 Preliminary Witness List. |
| 23 - 1 | 08/22/05 | PLF 1; DEF 1-4 Stipulation for dismissal of all claims w/prejudice. |
| 24 - 1 | 08/24/05 | JKS Judgment granting stipulation for dismissal of all claims against Dr. Snyder w/prejudice (23-1). cc: cnsl, O&J 11860 |
| 25 - 1 | 09/15/05 | PLF 1; DEF 1-2; 4 Stipulation for dismissal w/prejudice of claims against Erik Mauerer. |
| 25 - 2 | 09/19/05 | JKS Order granting stipulation for dismissal w/prejudice of claims against Erik Mauerer (25-1). cc: cnsl |
| 26 - 1 | 10/04/05 | DEF 1 Stipulation for extension of time pretrial deadlines: expert reports & final witness lists until 12/15/05; close of discovery until 2/24/06 & until 3/10/06 for dispositive mot ddln. |
| 27 - 1 | 10/11/05 | JKS Minute Order granting stipulation for extension of time pretrial deadlines (26-1) & setting the following dates: Discovery to close 02/24/06; Dispositive motions deadline 03/10/06. cc: cnsl |