FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 PM 2: 29

TIMOTHY M. BURGESS
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>Plaintiff,<br><br>v.<br><br>MARJORIE J. SMITH, M.D.;<br>and UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. A04-0144CV (JKS)<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The parties, via undersigned counsel, stipulate and agree to extend the dates for the disclosure of expert reports, final witness lists, the close of discovery, and the filing of dispositive and discovery motions. The stipulated modified dates are as follows:

February 10, 2006    Expert Reports

February 10, 2006    Final Witness Lists

April 14, 2006    Close of Discovery

April 28, 2006    Dispositive and Discovery motions



Dated: _____    LAW OFFICES OF JAMES A. WENDT


_____
JAMES A. WENDT
Attorney for Plaintiff


Dated: 12/21/2005    LAW OFFICE OF PAUL D. STOCKLER

_____/s/_____
PAUL D. STOCKLER
Attorney for Dr. Marjorie J. Smith


Dated: _____    TIMOTHY M. BURGESS
United States Attorney


_____
GARY M. GUARINO
Assistant U.S. Attorney

**FILED**

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

## ORDER

It is so ORDERED.

Dated: 12/23/05    _____/s/_____
James K. Singleton
U.S. District Court Judge

Dated: Dec 14, 2005   LAW OFFICES OF JAMES A. WENDT

                       _____
                       JAMES A. WENDT
                       Attorney for Plaintiff

Dated: _____   LAW OFFICE OF PAUL D. STOCKLER


                        _____
                        PAUL D. STOCKLER
                        Attorney for Dr. Marjorie J. Smith


Dated: 12/15/05         TIMOTHY M. BURGESS
                        United States Attorney

                        _____
                        GARY M. GUARINO
                        Assistant U.S. Attorney


## ORDER

It is so ORDERED.

Dated: _____   _____
                        James K. Singleton
                        U.S. District Court Judge

I declare under penalty of perjury that a
true and correct copy of the foregoing
**STIPULATION FOR AN EXTENSION OF TIME**
was sent to the following counsel
via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      (X ) FAX
      ( ) Hand Delivery

**James A. Wendt**, Esq.  (Plaintiff, S. Miller)
LAW OFFICES OF JAMES ALAN WENDT
425  G  Street, Suite 600
Anchorage, Alaska   99501-2001
Facsimile: (907) 258-7329

**Paul D. Stockler** (Dr. M. Smith)
1309 West 16th Avenue
Anchorage, AK   99501
Facsimile: (907) 272-4877

Executed at Anchorage, Alaska, on 12/22/05.

_____
Office of the U.S. Attorney