JAMES A. WENDT
Attorney at Law
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
(907) 258-7329

RECEIVED

FEB 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SHARON MILLER,                )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )   Case No. A04-0144 CV (JKS)
UNITED STATES OF AMERICA,     )
and                           )
MARJORIE J. SMITH, M.D.       )
                              )
                              )
            Defendants.       )
_____)

### NOTICE OF EXPERT WITNESSES

Plaintiff Sharon Miller, by and through counsel, James Wendt, gives notice of the following expert witnesses:

Lawson F. Bernstein, MD (neurology)
P.O. Box 81977
Pittsburgh, PA 15217

Kenneth A. Stein, MD (internal medicine)
4312 Aitken Hill Ct.
St Louis, MO 63017

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329

DATED at Anchorage, Alaska this __10__ day of February, 2006.

LAW OFFICES OF JAMES ALAN WENDT

_____
James Wendt
Attorney for Plaintiff
Alaska Bar No. 9201001

Certificate of Service

This is to certify that a copy of the foregoing is being mailed/delivered to:

Paul D. Stockler
Law Offices of Paul D. Stockler
1309 W. 16th Ave.
Anchorage, Alaska 99501

Gary M. Guarino
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99501

on: 2/10/06  By: _J. Wendt_

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100  FAX: (907) 258-7329

Miller v. Smith et. al
A04- 0144 CV
Notice of Expert Witnesses
Page 2 of 2