DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARJORIE J. SMITH, M.D.;<br>JEAN M. SNYDER, M.D.;<br>ERIK MAUREER, M.D.; and<br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-0144-JKS<br><br>**DEFENDANT UNITED STATES'<br>FINAL WITNESS LIST** |

Defendant, United States of America, through counsel, submits its Final Witness List of persons who may be called to testify at trial in this matter.

1. Dr. Beth Baker
   2841 Debarr Rd.
   Anchorage, AK 99508
   (907) 276-2811
   Health care provider for Plaintiff

2. Dr. Joella Beard
   1917 Abbott Rd.
   Anchorage, AK 99507
   (907) 278-2741
   Treating physician for Plaintiff

Case 3:04-cv-00144-JKS   Document 31   Filed 02/13/2006   Page 2 of 6

3. Dr. Jill Blumberg
   1201 E.36th Ave
   Anchorage, AK 99508
   (907) 562-9229
   Treating physician for Plaintiff

4. Dr. Timothy Cohen
   2841 DeBarr Rd.
   Anchorage, AK 99508
   (907) 258-6999
   Treating physician for Plaintiff

5. Dr. Mary K. Downs
   2741 DeBarr Rd.
   Anchorage, AK 99508
   (907) 277-1623
   Treating physician for Plaintiff

6. Dr. Bayne French
   PACM (resident in 2000)
   Treating physician for Plaintiff

7. Dr. Marin C. Granholm
   formerly Alaska Family Practice Clinic
   c/o Lessmeier & Winters, LLC
   Juneau, AK 99801
   (907) 796-4999
   Treating physician for Plaintiff

8. Dr. Ellen K. Hodges
   formerly Alaska Family Practice Clinic
   Treating physician for Plaintiff

9. Dr. Richard Hoos
   3000 20th Ave. North, Suite 700
   Nashville, Tenn. 37203
   Treating physician for Plaintiff

10. Dr. Thomas K. Hunt

FINAL WITNESS LIST
Miller v. Smith, et al.
Case No. 3:04-cv-0144-JKS                    2

   c/o U.S. Attorney's Office
   Treating physician for Plaintiff

11. Dr. Vincent Imbriani
   PACM see address above
   (907) 261-3111
   Treating physician for Plaintiff

12. Dr. Angela Joynes
   Columbia, Tenn.
   Treating physician for Plaintiff

13. Dr. Frances B. Kopecky
   919 Murfreesboro Rd.
   Franklin, Tenn.  37064
   Treating physician for Plaintiff

14. Dr. Janice A. Koval
   2841 DeBarr Rd.
   Anchorage, AK   99508
   (907) 276-2811
   Treating physician for Plaintiff

15. Dr. Sharon Lemmons
   Dimond Medical Clinic
   300 E Dimond Blvd
   Anchorage, AK 99515
   (907) 341-7757
   Treating physician for Plaintiff

16. Dr. Erik Maurer
   3200 Providence Dr.
   Anchorage, AK 99508
   c/o Clapp, Peterson, Van Flein, Tiemessen & Thorsness
   Anchorage AK 99501
   (907) 272-9463
   Treating physician for Plaintiff

17. Dr. Clifford Merchant
   PACM see address above

DEFENDANT UNITED STATES'
FINAL WITNESS LIST
Miller v. Smith, et al.
Case No. 3:04-cv-0144-JKS    3

(907) 261-3111
Treating physician for Plaintiff

18. Sharon K. Miller
    c/o Plaintiff's counsel

19. Dr. Angela Patten
    300 20th Ave. North, Suite 700
    Nashville, Tenn. 37203
    Treating physician for Plaintiff

20. Dr. Ivan Ramirez
    3200 Providence Dr.
    Anchorage, AK 99508
    (907) 261-3111
    Treating physician for Plaintiff

21. Dr. Carl Rosen
    542 W.2nd Ave.
    Anchorage, AK 99501
    (907) 276-1617
    Opthamology/Health care provider for Plaintiff

22. Dr. Marjorie Smith
    c/o Defense counsel
    Treating physician for Plaintiff

23. Dr. Jean M. Snyder
    1201 E 36th Ave
    Anchorage, AK 99508
    c/o Lessmeier & Winters, LLC
    Juneau, AK 99801
    (907) 796-4999
    Treating physician for Plaintiff

24. Dr. Jeffrey A. Wilt
    1217 E 10th Ave

DEFENDANT UNITED STATES'
FINAL WITNESS LIST
Miller v. Smith, et al.
Case No. 3:04-cv-0144-JKS            4

      Anchorage, AK 99501
      (907) 257-4600
      Treating physician for Plaintiff

25. Dr. Ying-Jian Wu
    c/o U.S. Attorney's Office
    Treating physician for Plaintiff

26. Dr. Kathleen Case
    2841 DeBarr Rd., Suite 22
    Anchorage, AK 99508
    Medical expert/Family Practice

27. Dr. Michael Levy
    12146 Rainwater Dr.
    Eagle River, AK 99577
    Medical expert/Emergency Medicine and Internal Medicine

28. Dr. Richard A. Rubenstein
    3220 Blume Dr., Suite 151
    Richmond, CA 94806
    (510) 243-2380
    Medical expert/Neurologist

29. Any witness whose identity is disclosed in the course of further discovery.

30. Any witness listed or called by any other party in the litigation.

31. Any witness deposed in this action.

32. All witnesses necessary to authenticate any documents sought to be admitted at trial.

                                                            DEBORAH M. SMITH
                                                            Acting United States Attorney

DEFENDANT UNITED STATES'
FINAL WITNESS LIST
Miller v. Smith, et al.
Case No. 3:04-cv-0144-JKS                       5

                                                  s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February13, 2006,
a copy of the foregoing DEFENDANT
UNITED STATES' FINAL WITNESS LIST
was served electronically on Paul D. Stockler,
and on the following by regular U.S. mail:

James A. Wendt, Esq.  (Plaintiff, S. Miller)
Law Offices of James Alan Wendt
425  G  Street, Suite 600
Anchorage, Alaska    99501-2001

Michael L. Lessmeier (Dr. J. Snyder)
Lessmeier & Winters, LLC
Vintage Business Park
3000 Vintage Blvd., Suite 100
Juneau, AK    99801

Matthew K.  Peterson (Dr E. Maurer)
Clapp, Peterson & Stowers, LLC
711  H  Street, Suite 620
Anchorage, AK    99501


s/ Gary M. Guarino


DEFENDANT UNITED STATES'
FINAL WITNESS LIST
Miller v. Smith, et al.
Case No. 3:04-cv-0144-JKS               6