DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>MARJORIE J. SMITH, M.D.;<br>and UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-00144-JKS<br><br>**STATUS REPORT AND<br>CERTIFICATION OF READINESS<br>FOR TRIAL** |

The parties, via undersigned counsel, submit this Status Report and Certification Of Readiness for Trial.

(a) Discovery is complete with the exception of expert depositions, which the parties will complete by July 14, 2006.

(b) There are no outstanding procedural or legal issues appropriate for resolution by motion.

(c) The possibility of settlement is deemed to be remote and the disputed claims and defenses will need to be resolved at trial.

The parties request that the Court schedule this case for trial on one of the following alternate dates:

November 6, 2006

November 13, 2006

November 27, 2006

Dated: May 16, 2006

LAW OFFICES OF JAMES A. WENDT

_____
JAMES A. WENDT
Attorney for Plaintiff

Dated: _____

LAW OFFICE OF PAUL D. STOCKLER

_____
PAUL D. STOCKLER
Attorney for Dr. Marjorie J. Smith

Dated: _____

DEBORAH M. SMITH
Acting United States Attorney

_____
GARY M. GUARINO
Assistant U.S. Attorney

Miller v. Smith, et al.
Case No. 3:04-cv-00144-JKS        Page 2 of 3

The parties request that the Court schedule this case for trial on one of the following alternate dates:

        November 6, 2006

        November 13, 2006

        November 27, 2006

Dated: _____  LAW OFFICES OF JAMES A. WENDT

                                      JAMES A. WENDT
                                      Attorney for Plaintiff

Dated: May 15, 2006  LAW OFFICE OF PAUL D. STOCKLER

                                      PAUL D. STOCKLER
                                      Attorney for Dr. Marjorie J. Smith

Dated: _____  DEBORAH M. SMITH
                                      Acting United States Attorney

                                      GARY M. GUARINO
                                      Assistant U.S. Attorney

The parties request that the Court schedule this case for trial on one of the following alternate dates:    November 6, 2006

November 13, 2006

November 27, 2006

Dated:_____          LAW OFFICES OF JAMES A. WENDT

_____
JAMES A. WENDT
Attorney for Plaintiff

Dated:_____          LAW OFFICE OF PAUL D. STOCKLER

_____
PAUL D. STOCKLER
Attorney for Dr. Marjorie J. Smith

Dated: 5/17/06             DEBORAH M. SMITH
                           Acting United States Attorney

                           _____
                           GARY M. GUARINO
                           Assistant U.S. Attorney

I declare under penalty of perjury that
on May 17, 2006 a copy of the foregoing
**STATUS REPORT AND CERTIFICATION
OF READINESS FOR TRIAL**
was served electronically on
Paul D. Stockler and


via U.S. mail on

**James A. Wendt**, Esq.  (Plaintiff, S. Miller)
LAW OFFICES OF JAMES ALAN WENDT
425  G  Street, Suite 600
Anchorage, Alaska    99501-2001
Facsimile: (907) 258-7329



s/ Gary M. Guarino