Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant
Marjorie J. Smith, M.D.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER, | ) |
| | ) NO.: 3:04-cv-00144  JKS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARJORIE J. SMITH, M.D., | ) STIPULATION FOR DISMISSAL |
| and UNITED STATES OF AMERICA, | ) WITH PREJUDICE |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW Plaintiff, Sharon Miller, and Defendants, Marjorie J. Smith, M.D. and United States of America, and hereby stipulate and agree that Plaintiff's claims against Marjorie J. Smith, M.D. shall be dismissed with prejudice, each side to bear its own costs and attorney's fees.

//

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

1

2

DATED this 26th day of May, 2006 at Anchorage, Alaska.

3

LAW OFFICE OF PAUL D. STOCKLER
Counsel for Defendant
Marjorie J. Smith, M.D.

4

5

By: s/ Paul D. Stockler
      1309 W. 16th Avenue
      Anchorage, Alaska  99501
      Phone: (907) 277-8564
      Fax: (907) 272-4877
      E-mail: paulstockler@aol.com
      Alaska Bar No.: 8606032

6

7

8

9

10

11

12

DATED this 26th day of May, 2006 at Anchorage, Alaska.

13

DEBORAH M. SMITH
Acting United States Attorney

14

15

By: s/ Gary M. Guarino    (consented)
      222 W. 7th Avenue, # 9, Room 253
      Anchorage, Alaska  99513
      Phone: (907) 271-5071
      Fax: (907) 271-2344
      E-mail: gary.guarino@usdoj.gov
      Alaska Bar No.: 8209092

16

17

18

19

20

21

22

23

//

24

25

26

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

Miller v. Smith, et al.
Stipulation for Dismissal with Prejudice

3:04-cv-00144 JKS
Page 2 of 3

1

2       DATED this **23** day of May, 2006 at Anchorage, Alaska.

3                                    LAW OFFICES OF JAMES A. WENDT
                                     Counsel for Plaintiff

4

5                               By: _____
                                    James A. Wendt
6                                   Alaska Bar No.: 9201001

7

8

9

10      **CERTIFICATE OF SERVICE**

11      I hereby certify that on the **26TH** day
        of May, 2006, a true and correct
12      copy of the foregoing document was
        served electronically on the following:
13

14      Gary M. Guarino

15      and via mail on:

16      James A. Wendt
        Law Offices of James A. Wendt
17      425 G Street, Suite 600
        Anchorage, Alaska  99501
18

19      s/ Paul D. Stockler _____

20

21

22

23

24

25

26

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877