Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant
Marjorie J. Smith, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER, | ) |
| | ) NO.: 3:04-cv-00144  JKS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARJORIE J. SMITH, M.D., | ) PROPOSED ORDER GRANTING |
| and UNITED STATES OF AMERICA, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE |
| Defendants. | ) |

It is ordered that Plaintiff's claims against Marjorie J. Smith, M.D. shall be dismissed with prejudice, each side to bear its own costs and attorney's fees.

DATED this _____ day of _____, 2006 at Anchorage, Alaska.

_____
The Honorable James K. Singleton
Judge of the U.S. District Court

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26TH day of May, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Gary M. Guarino

and via mail on:

James A. Wendt
Law Offices of James A. Wendt
425 G Street, Suite 600
Anchorage, Alaska  99501

s/ Paul D. Stockler

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

Miller v. Smith, et al.
Proposed Order Granting Stipulation for Dismissal with Prejudice

3:04-cv-00144 JKS
Page 2 of 2