Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendant
Marjorie J. Smith, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| SHARON MILLER, | ) | |
|---|---|---|
| | ) | NO.: 3:04-cv-00144   JKS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARJORIE J. SMITH, M.D., | ) | ORDER GRANTING |
| and UNITED STATES OF AMERICA, | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| Defendants. | ) | |

It is ordered that Plaintiff's claims against Marjorie J. Smith, M.D. shall be dismissed with prejudice, each side to bear its own costs and attorney's fees.

DATED this 30th day of May, 2006 at Anchorage, Alaska.

**REDACTED SIGNATURE**

The Honorable James K. Singleton
Judge of the U.S. District Court

Miller v. Smith, et al.                                    3:04-cv-00144 JKS
Proposed Order Granting Stipulation for Dismissal with Prejudice