DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:04-cv-00144-JKS<br><br>**NOTICE REGARDING TRIAL SCHEDULING** |

　　　　The Court's Case Management office previously requested that the parties indicate whether this case could be scheduled for trial during the week of December 11, 2006.  Counsel for Defendant United States of America has discussed the proposed scheduling with Plaintiff's counsel and hereby notifies the Court that the trial can be scheduled for the week of December 11, 2006.  The scheduling of the trial during the week of December 11, 2006 is based on the understanding, as discussed with opposing counsel, that the case will take no more than seven or eight days for trial so that the trial proceedings can be completed by December 21, 2006.  Counsel for Defendant has a long-scheduled out-of-state family trip scheduled to begin on December 22, 2006, thus, counsel would be unavailable for trial after December 21, 2006.

Respectfully submitted this 13th day of June, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Gary M. Guarino
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June13, 2006,
a copy of the foregoing NOTICE REGARDING
TRIAL SCHEDULING was served via
regular U.S. mail on:

**James A. Wendt**, Esq.  (Plaintiff, S. Miller)
LAW OFFICES OF JAMES ALAN WENDT
425  G  Street, Suite 610
Anchorage, AK  99501-2001
Facsimile: (907) 258-7329


s/ Gary M. Guarino