NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-00144-JKS<br><br>**DEFENDANT'S<br>TRIAL EXHIBIT LIST** |

    Defendant, United States of America, by and through counsel, submits its list of exhibits to be introduced at trial in the above-captioned matter:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D-1 | Sharon Miller Medical Records dated April 2000 through April 2001 | X | | |
| D-2 | Plaintiff's Responses to United States' First Discovery Requests | X | | |
| D-3 | Deposition of Sharon Miller, Plaintiff | X | | |
| D-4 | Statement of Sharon Miller | X | | |
| D-5 | Deposition of Dr. Richard Hoos | X | | |
| D-6 | Exhibits to Dr. Hoos' Deposition | X | | |
| D-7 | Deposition of Dr. Frances B. Kopecky | X | | |
| D-8 | Exhibits to Dr. Kopecky's Deposition | X | | |
| D-9 | Deposition of Dr. Angela Patten | X | | |
| D-10 | Exhibits to Dr. Patten's Deposition | X | | |
| D-11 | Dr. Kathleen Case: Expert report 01/25/06 | X | | |
| D-12 | C.V. of Dr. Kathleen Case | X | | |
| D-13 | Dr. Michael Levy: Expert report 02/06/06 | X | | |
| D-14 | C.V. of Dr. Michael Levy | X | | |
| D-15 | Deposition of Ericka Loepke | X | | |
| D-16 | Deposition of Matthew Loepke | X | | |
| D-17 | Deposition of Monica Loepke | X | | |
| D-18 | Deposition of Veronica Loepke | X | | |
| D-19 | Deposition of Wilma Dashti | X | | |

RESPECTFULLY SUBMITTED this 11th day of September, 2006 at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Gary M. Guarino
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-2344
>E-mail: gary.guarino@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2006, a copy of the foregoing DEFENDANT'S TRIAL EXHIBIT LIST was served on the following by regular U.S. mail:

James A. Wendt, Esq.
Law Offices of James Alan Wendt
425 G Street, Suite 600
Anchorage, Alaska  99501-2001


s/ Gary M. Guarino