JAMES A. WENDT
Attorney at Law
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
(907) 258-7329

RECEIVED
SEP 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SHARON MILLER,                         )
                                       )
            Plaintiff,                 )
                                       )
vs.                                    )
                                       )   Case No. A04-0144 CV (JKS)
UNITED STATES OF AMERICA,              )
and                                    )
MARJORIE J. SMITH, M.D.                )
                                       )
                                       )
            Defendants.                )
_____)

### NON-OPPOSED MOTION TO LATE FILE WITNESS LIST, EXHIBIT LIST AND TRIAL BRIEF

Plaintiff Sharon Miller, by and through counsel, James Wendt, moves this court for an order allowing the filing of Plaintiff's Witness List, Exhibit List and Trial Brief on October 4, 2006. This motion is not opposed by Gary Guarino, counsel for the United States of America. It is supported by the attached Affidavit of Counsel.

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329

DATED at Anchorage, Alaska this __13__ day of September, 2006.

LAW OFFICES OF JAMES ALAN WENDT

*[signature]*

James Wendt
Attorney for Plaintiff
Alaska Bar No. 9201001

Certificate of Service

This is to certify that a copy of the foregoing is being mailed/delivered to:

Gary M. Guarino
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99501

on: 9/13/06  By: *[signature]*

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329

Miller v. Smith et. al
A04- 0144 CV
Motion for late Filing
Page 2 of 2