RECEIVED
SEP 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

JAMES A. WENDT
Attorney at Law
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
(907) 258-7329

LAW OFFICES OF **JAMES ALAN WENDT**
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>and )<br>MARJORIE J. SMITH, M.D. )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. A04-0144 CV (JKS) |

## ORDER

IT IS HEREBY ORDERED that plaintiff SHALL BE ALLOWED to file her Witness List, Exhibit List and Trial Brief on October 4, 2006.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
U.S. District Court Judge, James K. Singleton Jr.