JAMES A. WENDT
Attorney at Law
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
(907) 258-7329

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. A04-0144 CV (JKS) |
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| MARJORIE J. SMITH, M.D. ) | |
| ) | |
| Defendants. ) | |
| ) | |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

James Wendt, duly sworn, deposes and states:

1.  I represent the Plaintiff in the above captioned case. I have been unable to complete the Witness List, Exhibit List and Trial brief in this case on a timely basis.

2.  My secretary, Karen Lane, has left my employment and I have been working without secretarial help doing all the secretarial work myself.

3.  Additionally I have a number of other cases including one, Gilmore v. Zimmerman, 3AN-04-5788 CI which went to trial in July. Since July I have been trying to catch up but without a secretary I have found it to be impossible.

4. I now have been handling a case for Robert Wagstaff, Farris v. Alaska Regional and tonight I am leaving for a deposition trip in that case. I will not be back in the office until September 25, 2006.

5. I will be able to file all the required pleadings by October 4, 2006.

6. I have spoken with Gary Guarino, the attorney for the United States, and he does not oppose my request.

FURTHER AFFIANT SAYATH NAUGHT

_____
James Wendt

SUBSCRIBED AND SWORN to before me this _13_ day of September, 2006 at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:
12/25/09

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329

**PLAINTIFFS' AFFIDAVIT OF COUNSEL**
*Miller v. United States*
A04-0144 CV
Page 2 of 2