JAMES A. WENDT
Attorney at Law
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100
(907) 258-7329

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>and )<br>MARJORIE J. SMITH, M.D. )<br>)<br>)<br>Defendants. )<br>) | Case No. A04-0144 CV (JKS) |

### ORDER

IT IS HEREBY ORDERED that plaintiff SHALL BE ALLOWED to file her Witness List, Exhibit List and Trial Brief on October 4, 2006.

DATED at Anchorage, Alaska this ___15___ day of ___September___, 2006.

**REDACTED SIGNATURE**
U.S. District Court Judge, James K. Singleton Jr.

LAW OFFICES OF JAMES ALAN WENDT
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 258-9100   FAX: (907) 258-7329