NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-00144-JKS<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Sharon Miller, and Defendant, United States of America, hereby

stipulate and agree that any and all of Plaintiff's claims against the United States

in this action shall be dismissed with prejudice, with each party to pay its own costs and attorney's fees.

Dated: 10/17/06

LAW OFFICES OF JAMES A. WENDT

_____
JAMES A. WENDT
Attorney for Plaintiff

Dated: 10/17/06

NELSON P. COHEN
United States Attorney

_____
GARY M. GUARINO
Assistant U.S. Attorney

Miller v. USA
Case No. 3:04-cv-00144-JKS          2

TOTAL P.03