IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHARON MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:04-cv-00144-JKS<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

The Court, having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

_____      _____
Date:                                                         James K. Singleton
                                                                       United States District Court Judge